UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-60547-AHS

**VICTOR ARIZA**,

      Plaintiff,

vs.

**SHOE SHOW, INC. d/b/a SHOE SHOW MEGA, a foreign for-profit corporation,**

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  November 14, 2022

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Patricia M. Flanagan, Esq.
pflanagan@foxrothschild.com
FOX ROTHSCHILD LLP
Counsel or Defendant
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL  33401
T. (561) 804-4477

Lisa M. Williford (Arthur), Esq.
larthur@foxrothschild.com
FOX ROTHSCHILD LLP
Co-Counsel for Defendant
230 North Elm Street, Suite 1200
Greensboro, NC  27401
T. (336) 378-5318

*Attorneys for Defendant*
*SHOE SHOW, INC.*

/s/ *Roderick V. Hannah*
　　　Roderick V. Hannah