UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60547-CIV-SINGHAL

VICTOR ARIZA,

     Plaintiff,

v.

SHOE SHOW, INC. d/b/a SHOE SHOW MEGA,
a foreign for profit corporation,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff (DE [24]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of November 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF